UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-61026-WPD

CYNTHIA E. KISSNER,
on her behalf and on behalf of all
others similarly situated, and
LEONARD WERNER, on his
behalf and on behalf of all others
similarly situated

        Plaintiffs,

v.

McDONALD'S CORPORATION,
a Delaware corporation,

        Defendant.
_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss [DE 12], filed herein on June 29, 2018.  On July 23, 2018, Plaintiffs filed an Amended Complaint [DE 19] and, therefore, Defendant's Motion to Dismiss [DE 12] is now moot.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss [DE 12] is hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of July, 2018.

*(signature)*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record